IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONNIE WASHINGTON,               )
                                 ) FILED & ENTERED 8/2/05
           Petitioner,           )
                                 ) Civil No. 05-983-TC
     v.                          )
                                 ) ORDER
JEAN HILL,                       )
                                 )
           Respondent.           )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on July 5, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#2) is denied without prejudice. This proceeding is dismissed. Judgment will enter accordingly.

IT IS SO ORDERED.

DATED this 2nd day of August, 2005.

s/Michael R. Hogan
UNITED STATES DISTRICT JUDGE